JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email:arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                 Plaintiff, ) <br> ) <br>            v. ) <br> ) <br> APPROXIMATELY $49,770.00 IN ) <br> UNITED STATES CURRENCY; ) <br> APPROXIMATELY $7,483.85 IN UNITED ) <br> STATES CURRENCY. ) <br> ) <br>                 Defendants. ) <br> ) <br> _____) | No. CV 09-1261 MHP <br><br> **[PROPOSED] DEFAULT JUDGMENT** |

**UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice by serving parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) no one has appeared to defend by filing a timely claim and answer, it is by the Court on this <u>24th</u> day of <u>February</u>, 2009,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered for the United States against (1) $49,770.00 in United States Currency; and

(2) $7,483.85 in United States Currency and it is;

FURTHER ORDERED that the above-captioned and listed defendant be, and hereby is, condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), and that all right, title and interest in said property be and hereby is vested in the United States of America; and it is;

FURTHER ORDERED that the United States Marshals Service shall, in accordance with law, dispose of the forfeited defendant.

2/24/2010

HONORABLE MARILYN H. PATEL
United States District Judge



IT IS SO ORDERED
Judge Marilyn H. Patel

Default Judgement
No. CV 09-1261 MHP